IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BONNIE ARLENE BUSKIRK,<br>Plaintiff, | : <br> : <br> : | CIVIL ACTION |
| vs. | : <br> : | |
| CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY<br>Defendant. | : <br> : <br> : <br> : <br> : | NO. 12-cv-01990 |

**FILED** MAY 07 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 7th day of May, 2014, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski, and upon independent review of the briefs filed by the parties, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's request for review is DENIED; and

3. Judgment is entered in this matter in favor of DEFENDANT.

BY THE COURT:

_____
R. BARCLAY SURRICK, J.

**ENTERED**

MAY 07 2014

**CLERK OF COURT**